**32**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Jeffrey Joseph PERSAVAGE,
Jr., Petitioner

No. 805 MAL 2016

Supreme Court of Pennsylvania.

March 30, 2017

### ORDER

PER CURIAM

AND NOW, this 30th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Reggie WILLIAMS, Petitioner

No. 501 EAL 2016

Supreme Court of Pennsylvania.

March 30, 2017

### ORDER

PER CURIAM

AND NOW, this 30th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

Dania BALLARD

v.

WORKERS' COMPENSATION APPEAL BOARD (VALLEY FORGE COLONIAL LIMITED PARTNERSHIP)

Petition of: Larry Pitt, Esquire and Larry Pitt & Associates

No. 488 EAL 2016

Supreme Court of Pennsylvania.

March 30, 2017

### ORDER

PER CURIAM

AND NOW, this 30th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.·**